JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR13-364RAJ |
| Plaintiff, | |
| v. | ORDER TO SEAL DEFENDANT'S DISPOSITION MEMORANDUM |
| BEVAN YEOW FOO, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of Bevan Yeow Foo to file Defendant's Disposition Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #81) is GRANTED. Defendant's Disposition Memorandum shall remain filed under seal.

DATED this 3rd day of June, 2016.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL DEFENDANT'S
DISPOSITION MEMORANDUM
(*Bevan Foo,* CR13-364RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100