JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-364RAJ |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO SEAL DEFENDANT'S DISPOSITION MEMORANDUM |
| BEVAN YEOW FOO, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of Defendant, Bevan Yeow Foo, to file Defendant's Disposition Memorandum under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the Defendant's Motion to Seal (Dkt. #96) is GRANTED and Defendant shall be permitted to file his Disposition Memorandum under seal.

DATED this 6th day of December, 2016.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
SEAL DEFENDANT'S DISPOSITION
MEMORANDUM - 1
(*Bevan Foo,* CR13-364RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100